Date printed: February 19, 2021 5:21 PM

**Denied and Opinion Filed February 19, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00106-CV

### IN RE DAVID PALMER, Relator

**Original Proceeding from the City of Irving**
**Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Nowell

In his February 18, 2020 petition for writ of mandamus, relator David Palmer asks this Court to compel the City Secretary for the City of Irving, Texas to: (1) declare real party in interest Dennis Webb ineligible to be a candidate for Place 8 on the Irving City Council for the May 1, 2021 general election and (2) omit real party's name from the ballot.

Entitlement to mandamus relief requires relator to demonstrate that the trial court has clearly abused its discretion and that he has no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). The Texas election code grants the Court limited jurisdiction to consider a petition for writ of mandamus to "compel the performance of any duty imposed by law in

connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." TEX. ELEC. CODE § 273.061.

Based on our review of the petition, respondent's response, relator's reply, and the record before us, relator has failed to show that he is entitled to the relief requested. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

Schenck, J., concurring.
Concurring opinion to follow.